IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**CAROLL A. DEAR**                                                              **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 3:07-cv-407-WHB-LRA**

**JACKSON STATE UNIVERSITY**                                                    **DEFENDANT**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order that granted the Motions of Defendant for Dismissal/Summary Judgment on all of Plaintiff's claims, this case is hereby dismissed with prejudice.

SO ORDERED this the 10th day of September, 2008.

                                             s/William H. Barbour, Jr.
                                             UNITED STATES DISTRICT JUDGE